IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00937-KLM

RANDALL BROWN, and
KAREN BROWN,

    Plaintiffs,

v.

THE TRAVELERS INDEMNITY COMPANY OF AMERICA,

    Defendant.

_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiffs' **Unopposed Motion to Vacate and Reset Scheduling Conference** [#13][1] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#13] is **GRANTED**.  Accordingly,

    IT IS FURTHER **ORDERED** that the Scheduling Conference set for June 23, 2014 at 9:30 a.m. is **VACATED** and **RESET** to **May 8, 2014 at 11:00 a.m.** in Courtroom C-204 of the Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

    IT IS FURTHER **ORDERED** that the parties shall submit their proposed scheduling order pursuant to the District of Colorado Electronic Case Filing ("ECF") Procedures.  The parties shall submit the proposed scheduling order no later than **May 1, 2014**.

    Dated:  April 15, 2014

---

[1] "[#13]" is an example of the convention I use to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this Minute Order.