## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Christine M. Arguello

Civil Action No. 14-cv-00937-CMA-KLM

RANDALL BROWN and KAREN BROWN,

    Plaintiff,

v.

THE TRAVELERS INDEMNITY COMPANY OF AMERICA

    Defendants.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

    Pursuant to Stipulation of the parties hereto, and good cause appearing therefor,

    IT IS HEREBY ORDERED that this matter shall be, and hereby is, dismissed with prejudice, each party to bear its own costs and attorneys' fees. The final pretrial conference scheduled for March 9, 2015 at 9:30 a.m. is hereby vacated.

    DATED:  January 28, 2015

                                        BY THE COURT:

                                        */s/ Christine M. Arguello*

                                        _____
                                        CHRISTINE M. ARGUELLO
                                        United States District Judge